

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00154-CV

———————————————

$1,709.00 IN U.S. CURRENCY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. S-14605

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Derek Phillips attempts to appeal the default judgment against his interest in $1,709.00 in U.S. Currency. The State of Texas filed a notice of seizure and intended forfeiture of the money on June 30, 2020. Phillips was served with the notice on July 14, 2020. On August 11, 2020, the trial court found that Phillips had failed to answer or appear and entered a default judgment ordering the forfeiture of the money. No postjudgment motions were filed to extend the appellate deadline, so Phillip's notice of appeal was due September 10, 2020. *See* Tex. R. App. P. 26.1. Phillips did not file his notice of appeal until May 5, 2023.

By letter dated May 9, 2023, we notified Phillips of our concern that we may not have jurisdiction over this appeal because the notice of appeal was not timely filed. *See id.*; *see also In re D.A.*, No. 02-15-00346-CV, 2015 WL 9244637, at *1 (Tex. App.—Fort Worth Dec. 17, 2015, no pet.) (mem. op.) ("The time for filing a notice of appeal is jurisdictional in this court, and absent a timely[ ]filed notice of appeal or extension request, we must dismiss the appeal."). We warned him that this appeal could be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal by May 19, 2023. *See* Tex. R. App. P. 44.3. We received no response.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: June 29, 2023